# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:    KATHY A. PERIO                      CASE NO. 10-10854
              DEBTOR                               SECTION B
                                                              CHAPTER 13

## AGREED ORDER OF ADEQUATE PROTECTION

Considering the Motion to Reinstate Automatic Stay **(P-32)** filed by Debtor as to a 2001 Mazda Tribute VIN: 4F2YU09131KM24779, set for hearing on April 20, 2011, stipulations of counsel, good cause appearing:

IT IS ORDERED that

1.    Debtor shall pay directly to JPMorgan Chase the amount of $1,903.85 on or before April 22, 2011, said payment consisting of the past due amounts through April 16, 2011 plus $450.00 in attorney fees and cost expended.  Upon timely receipt of the payment the stay shall be reinstated and the Order lifting stay (P-30) shall be considered vacated.

2.    Debtors shall maintain future regular monthly payments to JPMORGAN CHASE BANK, NA in the amount of $267.77 beginning with the payment coming due on May 16, 2011.

3.    Should Debtor default in any future installment and remain so for a period in excess of 30 days and not cure the default within 10 days of written notice to debtor and debtor's attorney, then JPMORGAN CHASE BANK, NA may obtain ex parte relief from the stay as to its collateral upon the presentation of an affidavit of default to the Court.

IT IS FURTHER ORDERED that modification of Automatic Stay granted by this Order is immediate and is excepted from the provisions of Bankruptcy Rule 4001(a)(3).

New Orleans, Louisiana, April 25, 2011.

_____
Jerry A. Brown
U.S. Bankruptcy Judge

**SUBMITTED BY:**

**Submitted by:**

| | |
|---|---|
| By: /s/William T. McNew <br> WILLIAM T. MCNEW #18335 <br> MCNEW, KING, MILLS <br> BURCH & LANDRY, L.L.P. <br> 2400 Forsythe Avenue, Suite 2 <br> MONROE, LOUISIANA 71201 <br> (318) 361-3140 <br> Attorney for Creditor | By: /s/Timothy P. Kirkpatrick <br> Timothy P. Kirkpatrick #20251 <br> 3501 N. Causeway Blvd. Suite 300 <br> Metairie, LA 70002 <br> (504) 832-9900 <br> Attorney for Debtor(s) |